FILER REALTY CORPORATION, Respondent, *v.* RACHEL E. LITTLE, Appellant.

(Argued April 7, 1930; decided May 6, 1930.)

*Andrew F. VanThun, Jr.,* and *Samuel E. Faron* for appellant.

*David L. Blick* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.